# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1070
LT Case No. 1994-CF-003303-B

_____

MICHAEL S. STOLL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melanie Chase, Judge.

Michael S. Stoll, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____